■ FRANCES A. McLAUGHLIN, an Infant by Her Guardian ad Litem, FRANCIS McLAUGHLIN, et al., Respondents, v. MINE SAFETY APPLIANCES COMPANY, Appellant.— In a negligence action by an infant to recover damages for personal injuries sustained by her when she was burned by an appliance designed and manufactured for the purpose of restoring normal body heat to persons in a state of shock or other similar condition, and by her father to recover damages for medical expenses and loss of services, the defendant appeals from a judgment of the Supreme Court, Nassau County, entered November 30, 1960, after trial, upon a jury's verdict in favor of the infant plaintiff for $17,500 and in favor of the plaintiff father for $2,500. Judgment reversed on the facts and a new trial granted, with costs to abide the event, unless, within 20 days after entry of the order hereon, plaintiffs shall stipulate to reduce to $10,000 the verdict in favor of the infant plaintiff, and to reduce to $1,000 the verdict in favor of the plaintiff father, in which event the judgment, as so reduced, is affirmed, without costs. In our opinion, the jury's verdict for both plaintiffs is grossly excessive. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■

## (June 29, 1961)

■ (A) THOMAS CALAGNA, Appellant, v. OSCAR GOLDSTEIN et al., Respondents. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur. (B) In the Matter of MARIAN LEE, Respondent, v. PAUL GLASSER, Respondent, and EMILY W. GLASSER, Appellant. Beldock, Acting P. J., Ughetta, Kleinfeld, Pette and Christ, JJ., concur.— [In each action] Motion by appellant for a stay, pending appeal, denied.

■ In the Matter of ARTHUR M. CROMARTY, Individually and as a Member of the Board of Supervisors of Suffolk County, Respondent, v. WILLIAM LEONARD, as Presiding Officer of the Board of Supervisors of the County of Suffolk, et al., Appellants, and DAVID ZARON, as Secretary of the Civil Service Commission of County of Suffolk, et al., Respondents.— Motion by petitioner-respondent for a stay, pending appeal to Court of Appeals, denied. Nolan, P. J., Beldock, Ughetta and Pette, JJ., concur; Christ, J., not voting.

■ In the Matter of MARIAN LEE, Respondent, v. PAUL GLASSER, Appellant.— Motion by appellant for a stay of all proceedings, pending appeal, denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.